1020

[Nos. 32596-2-III; 32643-8-III.   Division Three.   April 12, 2016.]

STEVEN P. KOZOL, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 13-2-00930-8, John W. Lohrmann, J., entered June 19, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 32607-1-III.   Division Three.   April 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KAMMIE J. JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 14-1-00011-3, Scott D. Gallina, J., entered June 30, 2014. *Affirmed in part* and *remanded* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33204-7-III.   Division Three.   April 12, 2016.]

DONNA GARCIA ET AL., *Appellants*, v. FRANKLIN COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 11-2-00443-1, John W. Lohrmann, J., entered March 2, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.